UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62311-CIV-MIDDLEBROOKS/WHITE

DEVON CHANCE,
    Movant,

v.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Movant Devon Chance's *pro se* motion to vacate pursuant to 28 U.S.C. § 2255, attacking his conviction and sentence entered in Case No. 08-60090-CR-Middlebrooks. (DE 1). Petitioner's Motion was filed on November 26, 2013, and this matter was referred to the Honorable United States Magistrate Judge Patrick A. White. A Report and Recommendation ("Report") (DE 11) was filed on August 30, 2013. Judge White recommended that Movant's Motion be dismissed. Objections to the Report were due within fourteen days of receipt of a copy of the Report. As of today, Movant has not filed any objections, but he has filed a Motion for Leave to Amend § 2255 Motion Pursuant to Fed. R. Civ. P. Rule 15(a)(2) on September 24, 2013 (DE 12). The Court has conducted a de novo review of the record and is otherwise advised in the premises.

The Court agrees with Judge White's findings and conclusion. For the reasons stated in the Report of the Magistrate Judge and upon an independent review of the file, it is hereby

**ORDERED AND ADJUDGED** that

1.     United States Magistrate Judge White's Report (DE 11) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety;

1

2. This Case is **DISMISSED WITHOUT PREJUDICE**;

3. Movant's Motion for to Leave to Amend § 2255 Motion Pursuant to Fed. R. Civ. P. Rule 15(a)(2) (DE 12) are **DENIED**; and

4. The Clerk of Court shall **CLOSE** this Case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 2 day of January, 2014.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of record
Devon Chance, *pro se*
73167-004
FCC Allenwood
P.O. Box 3000
White Deer, PA 17887