UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:16-CV-61354-MIDDLEBROOKS/BRANNON
(08-CR-60090-MIDDLEBROOKS)

DEVON CHANCE,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER FOLLOWING ELEVENTH CIRCUIT'S MANDATE

THIS CAUSE comes before the Court upon the Eleventh Circuit's Mandate (DE 34), filed on March 16, 2020. In its opinion, the Eleventh Circuit reversed the "denial of Chance's § 2255 motion as to Count 2 only, vacate[d] Chance's conviction on Count 2, and remand[ed] for resentencing in accordance with" its opinion. (DE 34 at 6-7).

Consistent with the Mandate, it is hereby **ORDERED and ADJUDGED** that:

1. Movant Devon Chance's Conviction and Sentence on Count 2 are **VACATED.**

2. An Amended Judgment will be entered in the underlying criminal case.

**SIGNED** in Chambers in West Palm Beach, Florida, this 23rd day of March, 2020.

Donald M. Middlebrooks
United States District Judge