08 CR 60090 DMM

To the clerk of court, 11/4/20

I am writing you this short letter because I have an active case and I need a copy of my Docket sheet and J&C please. Thanks and I appreciate all help in this matter.

Respectfully,

Devon Chance #73167-004
USP Pollock
P.O. Box 2099
Pollock, LA 71467

FILED BY ___ D.C.
NOV 16 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Devon Chance #73167-004
united states Penitentiary Pollock
P.O. Box 2099
Pollock, LA 71467

SHREVEPORT LA 710
9 NOV 2020 PM 3 L

Clerk of Courts
400 N. Miami AVE.
room 8N09
Miami, FL 33128